No. 746. BARAY *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 747, Misc. WILLIAMS *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied.

No. 755, Misc. MAULT *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 757, Misc. MULVANEY *v.* GOODMAN, WARDEN. Supreme Court of New Jersey. Certiorari denied.

No. 759, Misc. UNITED STATES EX REL. DOPKOWSKI *v.* RANDOLPH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 762, Misc. UNITED STATES EX REL. JANOSKO *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 764, Misc. BLACKSHEAR *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 765, Misc. VEECH *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 782, Misc. PENNSYLVANIA EX REL. LEON *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 784, Misc. BUTCHER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 785, Misc. PERRONI *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.